UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ROBERT H. RHYNE, JR., ET AL.** | * | **CIVIL ACTION NO. 6:11-0704** |
| **VERSUS** | * | **JUDGE DOHERTY** |
| **RICHARD ADAM MAGER, ET AL.** | * | **MAGISTRATE JUDGE HILL** |

### ORDER OF REMAND

For the reasons set out in the Memorandum Ruling issued this date,

**IT IS ORDERED** that this action be **REMANDED** to the 16th Judicial District Court for St. Martin Parish, Louisiana.

**IT IS FURTHER ORDERED** that plaintiffs' request for costs, expenses and attorney's fees is **DENIED.**

**IT IS FURTHER ORDERED** that this Order shall be **STAYED** for fourteen days from the date of issuance. Any appeal to the District Judge must be filed within fourteen days from the date of this Order. If an appeal is taken to the District Judge, the Order shall remain stayed until the appeal is decided. If no timely appeal is filed, the Clerk shall remand the action forthwith.

Signed this 2nd day of April, 2012, at Lafayette, Louisiana.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE